# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

1434238

UNITED STATES OF AMERICA

v.

GONZALEZ-Villa, Joel

WARRANT ISSUED ON THE BASIS OF:

☐ Failure to Appear    ☐ Order of Court
☐ Indictment           ☐ Information
x Complaint

Magistrate's Case No. 08 MJ 0078

**WARRANT FOR ARREST**

To:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED

GONZALEZ-Villa, Joel
99 Sherwood Street
Chula Vista, California 91911

FILED 08 JAN 17 AM 8:57
RECEIVED

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | Title 8 | 1326 |

BAIL: to be addressed in Court at 1st appearance

OTHER CONDITIONS OF RELEASE

ORDERED BY: [signature]    DATE ORDERED: 1/10/08

CLERK OF COURT/U.S. MAGISTRATE   BY [signature]   DATE ISSUED: 1/10/08

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

DATE RECEIVED: 1/10/08
DATE EXECUTED: 1/16/08

NAME AND TITLE OF ARRESTING OFFICER: Michael HAYNES Special Agent ICE

SIGNATURE: [Michael Haynes signature]

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J'    ICE    0301