```
DONOVAN J. DUNNION
Attorney at Law
402 W. Broadway Suite 2700
San Diego, California 92101
(619) 231-8688  SBN 70713

Attorney for Defendant
```

FILED

08 MAR 17 PM 1:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JOEL GONZALEZ-VILLA,  Defendant. | Case No. 08 CR 383 JLS  SUBSTITUTION OF ATTORNEY |

Defendant JOEL GONZALEZ-VILLA hereby substitutes Donovan J. Dunnion, Attorney at law, SBN 70713  402 W. Broadway suite 2700 San Diego, California 92101 in place and in stead of Holly S. Hanover, Attorney at Law, 3132 Third Ave. Suite 101 San Diego, California 92103.

Date: March 14, 2008

I consent to this substitution.

_____
Defendant

///

1

| | |
|---|---|
| Date: March 14, 2008 | I consent to this substitution. |
| | *(signature)* |
| | HOLLY S. HANOVER |
| | Former Attorney |
| | email: netlawyer @ aol.com |
| Date: March 14, 2008 | I accept this substitution. |
| | *(signature)* |
| | DONOVAN J. DUNNION |
| | Attorney for Defendant |
| | email: dunnionlawoffice@yahoo.com |

The above substitution is hereby accepted:

Date  MAR 14 2008

*(signature)*

JUDGE OF THE U.S. DISTRICT COURT