Joel Gonzalez-Villa
#99020-198
MCC SAN DIEGO
808 Union St
San Diego, CA 92101

FILED
APR 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _mcm_ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br><br>VS.<br><br>JOEL GONZALEZ-VILLA<br>DEFENDANT PRO-SE | CASE NO.: 08cr383<br>DATE: APRIL 18, 2008<br><br>NOTICE OF MOTION AND<br>MOTION TO WITHDRAW<br>GUILTY PLEA |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on April 25, 2008 at 2:00 pm or as soon there-after as defendant may be heard, the defendant Joel GONZALEZ-VILLA ("Mr. Gonzalez-Villa") by Pro-Se, will and does hereby ask this Court to enter an order granting the motion listed below.

## MOTION

Mr. Gonzalez-Villa pursuant to U.S. Constitution and all other applicable statutes, case law and local rules, hereby

1 of 2
NOTICE OF MOTION AND MOTION TO WITHDRAW GUILTY PLEA

moves this Court for an order to:

(1) WITHDRAW GUILTY PLEA

This motion is based upon the instant motion and notice of motions, and any and all materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully Submitted,

DATED: April 18, 2008
TIME: 9:35 PM

*Joel Gonzalez-Villa*
JOEL GONZALEZ-VILLA
DEFENDANT PRO-SE

END

Joel Gonzalez-Villa
#99020-198
MCC San Diego
808 Union St.
San Diego, CA. 92101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

United States of America ) CASE NO.: _____
          Plaintiff       )
vs.                       ) Date: April 18, 2008
                          ) Time: 7:25 pm
Joel Gonzalez-Villa       )
  Defendant Pro-se        )

PRO-SE MOTION
TO WITHDRAW
GUILTY PLEA

Defendant in the above entitled case hereby requests that said defendant be granted the Court's permission to withdraw his plea of guilty that was made in open Court on April 18, 2008 to the criminal offense of "being an illegal alien found in the

PAGE 1 OF 4
PRO-SE MOTION TO WITHDRAW GUILTY PLEA

United States of America after previously being deported", in violation of USC 1326, and based on the following grounds the defendant seeks to withdraw his guilty plea.

## GROUNDS

I. Defendant was pressured on April 11, 2008 by his attorney "Mr. Donovan J. Dunnion" in that Mr. Dunnion told the defendant "Mr. Joel Gonzalez-Villa" that he would be charged with alien smuggling and additional incarceration if he refused to sign the fast trak aggrement.

II. Defendant believed his appearance in Court was to plead not guilty and to have his immigration status revied by the Court.

III. Defendant was not, prior to the hearing advised by Mr. Dunnion that he was going to plead guilty.

IV. Defendant was not allowed to speak to his attorney whatsoever to discuss the ramifications of entering a guilty plea prior to the hearing.

V. Defendant was rushed by the Court into entering a plea of guilty.

VI. Defendant tried to inform counsel during the Court hearing that he did not ^safe to plead guilty, but was ignored by Mr. Dunnion.

VII. Defendant had ineffective counsel during said Court hearing.

## CONCLUSION

On April 11, 2008 Mr. Gonzalez-Villa was threatened by his attorney Mr. Dunnion with additional felony charge and an extended term of incarceration if he refused to sign and accept the proposed plea offer, and Mr. Gonzalez-Villa was subsequently coerced by Mr. Dunnion into signing the fast trak plea aggrement.

Furthermore, Mr. Gonzalez-Villa was not permitted the opportunity to discuss before the hearing with Mr. Dunnion his wishes regarding this case, or the plea, to find out if he could in fact back out of his signed fast trak aggreement, and since Mr. Dunnion never furnished Mr. Gonzalez-Villa with a copy of the signed aggreement as requested,

he had no way of knowing whether the signed plea offer could in fact be voided without discussing this with Mr. Dunnion, and Mr. Dunnion never did go to the inmate holding area before the hearing to inquire if Mr. Gonzalez still wished to enter a plea of guilty.

Additionally the Court erred in rushing Mr. Gonzalez-Villa into pleading guilty, and the Court further erred in not asking Mr. Gonzalez-Villa whether he had the chance to talk to counsel prior to the hearing.

And due to Mr. Gonzalez-Villa' limited knowledge and understanding of both the law and the judicial process, he should not be forced, rushed, threatend, coerced or by any other means or tactic's, into pleading to any criminal charge which requires a plea of guilty to sustain a conviction, and the defendant has a fundamental as well as a constitutional right to be free from this type of treatment by the United States legal system, and should be allowed to have his guilty plea withdrawn.

Therefore Mr. Joel Gonzalez-Villa prays that the Court withdraw his plea of guilty, and to have his case scheduled for further action in accordance with the law, and any other relief that the Court deems just and proper.

END: April 18, 2008

Respectfully Submitted,

Joel Gonzalez-Villa
Defendant Pro-Se

PAGE 4 OF 4
PRO-SE MOTION TO WITHDRAW GUILTY PLEA

April 18, 2008
CASE NO. _____

Clerk of The United States District Court,
Southern District of California

Dear Clerk,

Could you please accept for filing the enclosed notice of motion and motion to withdraw guilty plea and include the case number and the Assistant U.S. Attorney's name, as I do not know these.

Could you also return copies to me and forward copies to the U.S. Attorney handling this case.

Thank you for your time and attention in this matter.

Sincerely,

Joel Gonzalez-Villa
#99020-198
MCC San Diego
808 Union St
San Diego, CA. 92101